# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-10814
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
August 8, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Rachel Lynn Waddell,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CR-69-5

_____

Before Davis, Smith, and Higginson, *Circuit Judges*.

Per Curiam:[*]

Rachel Lynn Waddell was convicted by a jury of conspiracy to distribute and to possess with intent to distribute fentanyl in violation of 21 U.S.C. § 846. Waddell challenges an evidentiary ruling and notes a clerical error in the judgment.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10814

Waddell argues that the Government did not properly authenticate photographs of images secured from the PillEye application on her phone. Given the low bar for satisfying that burden, the Government adequately authenticated the images. *See United States v. Okulaja*, 21 F.4th 338, 345 (5th Cir. 2021); *United States v. Jackson*, 636 F.3d 687, 693 (5th Cir. 2011). Similarly, given the deference afforded to district courts in making evidentiary rulings, Waddell's challenge to the relevancy and prejudicial value of the photographs fails. *See* FED. R. EVID. 401, 403; *United States v. Fields*, 483 F.3d 313, 354 (5th Cir. 2007); *United States v. Pace*, 10 F.3d 1106, 1115–16 (5th Cir. 1993). Accordingly, the judgment of the district court is AFFIRMED. Our decision does not affect the ability of the parties to request the district court's correction of any clerical error under Federal Rule of Criminal Procedure 36. *See United States v. Nagin*, 810 F.3d 348, 353–54 (5th Cir. 2016).